IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2020 NOV 13  PM 4: 53

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| SHANE CAHILL AND NYE PETERSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | CIVIL ACTION NO. 1:20-CV-441-LY |
| TURNKEY VACATION RENTALS, INC., DEFENDANT. | § § § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action.  On this date, the court rendered an order granting Defendant's motion to dismiss and dismissing all of Plaintiffs' claims with prejudice.  Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendant Turnkey Vacation Rentals, Inc. is awarded costs.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this ___13th___ day of November, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE