# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 4, 2021
Lyle W. Cayce
Clerk

No. 20-51007

Shane Cahill, individually and *on behalf of* all others similarly situated; Nye Peterson, individually and *on behalf of* all others similarly situated,

*Plaintiffs—Appellants*,

versus

TurnKey Vacation Rentals, Incorporated,

*Defendant—Appellee*.

―――――――――――――――――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:20-CV-441

―――――――――――――――――――――――

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of August 04, 2021, pursuant to appellants' motion.

No. 20-51007

                    LYLE W. CAYCE
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

By: _____
     Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 04, 2021

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 20-51007   Cahill v. TurnKey Vacation Rentals
                        USDC No. 1:20-CV-441

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa B. Courseault, Deputy Clerk
                              504-310-7701

cc w/encl:
    Mr. Arthur Gollwitzer III
    Mr. James Hatchitt
    Mr. Randy Ray Howry
    Mr. Joseph Kenney